**Order entered December 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01272-CR

### SOKHAN SIM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-82427-2013

## ORDER

The reporter's record is overdue in this appeal. On December 8, 2014, we received a letter from appellant's counsel stating that the reporter's record was requested on October 16, 2014 and on November 7, 2014, payment was sent to the address provided by court reporter LaTresta Ginyard. On December 3, 2014, counsel learned that the reporter's record had not been and appellant learned from his bank on December 4, 2014, that the cashier's check has not been cashed. Additionally, counsel has received no response from either Ms. Ginyard or the official court reporter regarding the status of the record.

Accordingly, the Court **ORDERS** the trial court to make findings of fact regarding why the reporter's record has not been filed. In this regard, the trial court shall specifically determine: (1) the name and address of each court reporter who recorded the proceedings in this cause; (2)

the court reporter's explanation for the delay in filing the reporter's record; and (3) the earliest date by which the reporter's record can be filed.

We **ORDER** the trial court to transmit a record, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

The appeal is **ABATED** to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    LANA MYERS
        JUSTICE